**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Tammy Lyn Heckman | CHAPTER 7 |
| Debtor(s) | BKY. NO. 20-11373 JKF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PNC MORTGAGE, A DIVISION OF PNC BANK, NATIONAL ASSOCIATION and index same on the master mailing list.

                                                Respectfully submitted,
                                                **/s/ Rebecca A. Solarz Esquire**
                                                Rebecca A Solarz, Esquire
                                                Kevin G. McDonald, Esquire
                                                KML Law Group, P.C.
                                                701 Market Street, Suite 5000
                                                Philadelphia, PA 19106-1532
                                                (215) 627-1322