United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 20-11373-jkf
Tammy Lyn Heckman                                               Chapter 7
      Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: dlv                Page 1 of 1              Date Rcvd: Mar 04, 2020
                              Form ID: 309A            Total Noticed: 21
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 06, 2020.
db             +Tammy Lyn Heckman,    8 Kessler Street,   Nazareth, PA 18064-1123
smg            +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,   Eighth and Washington Streets,   Reading, PA  19601
smg            +Dun & Bradstreet, INC,   3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg            +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
14477700       +Alfred S. Pierce, Esq.,   124 Belvidere Street,   Nazareth, PA 18064-2114
14477703       +KML Law Group, P.C.,   Suite 500, BNY Mellon Independence Cente,   701 Market Street,
                 Philadelphia, PA 19106-1538
14477704      ++MET ED FIRST ENERGY,   101 CRAWFORD CORNER RD,   BLDG 1 SUITE 1-511,   HOLMDEL NJ 07733-1976
               (address filed with court: Met-Ed,   PO Box 16001,   Reading, PA 19612-6001)
14477705        Nazareth Borough Municipal Authority,   PO Box 194,   Nazareth, PA 18064-0194
14477708       +PNC Mortgage,   Attn: Bankruptcy,   PO Box 8819,   Dayton, OH 45401-8819
14477706        Pennsylvania American Water,   PO Box 371412,   Pittsburgh, PA 15250-7412

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: zzawarski@zawarskilaw.com Mar 05 2020 03:51:01     ZACHARY ZAWARSKI,
                 The Law Office of Zachary Zawarski,   3001 Easton Avenue,   Bethlehem, PA  18017
tr             +EDI: QLEFELDMAN.COM Mar 05 2020 08:23:00     LYNN E. FELDMAN,   Feldman Law Offices PC,
                 221 N. Cedar Crest Blvd.,   Allentown, PA 18104-4603
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 05 2020 03:51:18
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 05 2020 03:51:40     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
ust             E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Mar 05 2020 03:51:32     United States Trustee,
                 Office of the U.S. Trustee,   200 Chestnut Street,   Suite 502,   Philadelphia, PA 19106-2908
14477701       +EDI: CAPITALONE.COM Mar 05 2020 08:23:00     Capital One,   Attn: Bankruptcy,   PO Box 30285,
                 Salt Lake City, UT 84130-0285
14477702       +E-mail/Text: cs.bankruptcy@jmcbiz.com Mar 05 2020 03:52:01     Joseph Mann & Creed,
                 8948 Canyon Falls Blvd S,   Twinsburg, OH 44087-1900
14477707        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 05 2020 03:51:18
                 Pennsylvania Department of Revenue,   Attn: Bankruptcy Dept.,   P.O. Box 280946,
                 Harrisburg, PA 17128-0946
14477709       +EDI: VERIZONCOMB.COM Mar 05 2020 08:23:00     Verizon Wireless,   Attn: Verizon Bankruptcy,
                 500 Technology Dr, Ste 500,   Weldon Springs, MO 63304-2225
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2020                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 4, 2020 at the address(es) listed below:
              LYNN E. FELDMAN    trustee.feldman@rcn.com, lfeldman@ecf.axosfs.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              ZACHARY ZAWARSKI    on behalf of Debtor Tammy Lyn Heckman zzawarski@zawarskilaw.com
                                                                                              TOTAL: 3
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Tammy Lyn Heckman** <br> First Name    Middle Name    Last Name | Social Security number or ITIN    **xxx–xx–4016** <br> EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    _ _ _ _ <br> EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | Date case filed for chapter  **7**    **3/3/20** |
| Case number: | **20–11373–jkf** | |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/15
**\*\*Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing\*\***

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Tammy Lyn Heckman | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 8 Kessler Street <br> Nazareth, PA 18064 | |
| 4. | **Debtor's attorney** <br> Name and address | ZACHARY ZAWARSKI <br> The Law Office of Zachary Zawarski <br> 3001 Easton Avenue <br> Bethlehem, PA 18017 | Contact phone 610–417–6345 <br><br> Email:  zzawarski@zawarskilaw.com |
| 5. | **Bankruptcy trustee** <br> Name and address | LYNN E. FELDMAN <br> Feldman Law Offices PC <br> 221 N. Cedar Crest Blvd. <br> Allentown, PA 18104 | Contact phone (610) 530–9285 <br><br> Email:  trustee.feldman@rcn.com |

**For more information, see page 2 >**

Debtor **Tammy Lyn Heckman**      Case number **20–11373–jkf**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | United States Bankruptcy Court<br>Office of the Clerk, Gateway Building<br>201 Penn Street, 1st Floor<br>Reading, PA 19601 | Hours open:<br>Philadelphia Office –– 8:30 A.M. to 5:00 P.M; Reading Office –– 8:00 A.M. to 4:30 P.M.<br><br>Contact phone (610)2085040<br><br>Date: 3/4/20 |
| **7.** | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **April 29, 2020 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Allentown Federal Courthouse, 504 W. Hamilton Street, Room #1610, First Floor, Allentown, PA 18101** |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 6/28/20** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     page **2**