**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| TAMMY LYN HECKMAN | : | Case No. 20-11373-pmm |
| Debtor | : | |

**PRAECIPE TO WITHDRAW DOCUMENT**

TO THE UNITED STATES BANKRUPTCY CLERK:

Kindly withdraw Debtor's Application to Employ Broker/Realtor and Notice of Application filed on March 20, 2020 (Document No. 17 and 18).

Date:  March 20, 2020          By:   */s/ Zachary Zawarski*
                                      ZACHARY ZAWARSKI, ESQUIRE
                                      3001 Easton Avenue
                                      Bethlehem, PA 18017
                                      Phone: (610) 417-6345
                                      Fax: (610) 465-9790
                                      zzawarski@zawarskilaw.com
                                      Attorney ID No. 308348
                                      Attorney for Debtor