**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| TAMMY LYN HECKMAN | : | Case No. 20-11373-pmm |
| Debtor | : | |
| | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Date of Hearing:     April 7, 2020
Time of Hearing:    11:00 a.m.**

**Location:      U.S. Bankruptcy Court
The Gateway Building
201 Penn Street, 4th Floor
Reading, PA 19601**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**CERTIFICATE OF NO RESPONSE AND
REQUEST FOR ENTRY OF ORDER**

I, Zachary Zawarski, Esquire, attorney for the above Debtor, do hereby certify that I have received no responsive pleading, and have checked the docket and no responsive pleading has been filed to Debtor's Motion to Abandon Property pursuant to 11 U.S.C. §554.  I further certify that the same was served together with the Notice of Motion to Abandon Property, Response Deadline and Hearing Date, and Proposed Order by first-class mail and/or electronic notification on March 20, 2020 to Debtor, the Chapter 7 Trustee, the U.S. Trustee, and all creditors as they appear on Debtor's mailing matrix.  The deadline for a response was April 3, 2020.  Debtor seeks the entry of an order granting the requested relief.

|  |  |  |
|---|---|---|
|  |  | Respectfully Submitted, |
| Date: <u>April 6, 2020</u> | By: | <u>*/s/ Zachary Zawarski*</u><br>ZACHARY ZAWARSKI, ESQUIRE<br>3001 Easton Avenue<br>Bethlehem, PA 18017<br>Phone: (610) 417-6345<br>Fax: (610) 465-9790<br>zzawarski@zawarskilaw.com<br>Attorney ID No.: 308348<br>Attorney for Debtor |