## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## READING DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| TAMMY LYN HECKMAN | : | Case No. 20-11373-pmm |
| Debtor | : | |
| | : | |

### ORDER

Upon consideration of Debtor's Motion to Compel Abandonment of Property filed pursuant to 11 U.S.C. § 554, and upon Debtor having certified that adequate notice of the Motion was sent to the United States Trustee, Chapter 7 Trustee, all creditors and parties in interest, and that no answer or other response to the Motion has been filed,

IT IS HEREBY ORDERED that the motion is GRANTED by default and Debtor's real property located at 8 Kessler Street, Nazareth, PA 18064 is considered ABANDONED to the Debtor and no longer remains property of the estate.

**Date: April 7, 2020**

_Patricia M. Mayer_
PATRICIA M. MAYER
United States Bankruptcy Judge