```
                           United States Bankruptcy Court
                           Eastern District of Pennsylvania
```

In re:                                                         Case No. 20-11373-pmm
Tammy Lyn Heckman                                              Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4    User: PaulP    Page 1 of 1    Date Rcvd: Apr 07, 2020
                 Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 09, 2020.
db             +Tammy Lyn Heckman,    8 Kessler Street,    Nazareth, PA 18064-1123

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 7, 2020 at the address(es) listed below:
        LYNN E. FELDMAN    trustee.feldman@rcn.com,   lfeldman@ecf.axosfs.com
        REBECCA ANN SOLARZ    on behalf of Creditor    PNC Mortgage, a Division of PNC Bank, National
         Association bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        ZACHARY   ZAWARSKI    on behalf of Debtor Tammy Lyn Heckman zzawarski@zawarskilaw.com
                                                                                                                 TOTAL: 4

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| TAMMY LYN HECKMAN | : | Case No. 20-11373-pmm |
| Debtor | : | |
| | : | |

**ORDER**

Upon consideration of Debtor's Motion to Compel Abandonment of Property filed pursuant to 11 U.S.C. § 554, and upon Debtor having certified that adequate notice of the Motion was sent to the United States Trustee, Chapter 7 Trustee, all creditors and parties in interest, and that no answer or other response to the Motion has been filed,

IT IS HEREBY ORDERED that the motion is GRANTED by default and Debtor's real property located at 8 Kessler Street, Nazareth, PA 18064 is considered ABANDONED to the Debtor and no longer remains property of the estate.

**Date: April 7, 2020**

*Patricia M. Mayer*
PATRICIA M. MAYER
United States Bankruptcy Judge