## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Tammy Lyn Heckman | |
| Debtor | CHAPTER 7 |
| | |
| PNC MORTGAGE, A DIVISION OF PNC BANK, NATIONAL ASSOCIATION | |
| Movant | |
| vs. | NO. 20-11373 PMM |
| Tammy Lyn Heckman | |
| Debtor | |
| | |
| Lynn E. Feldman, Esquire | |
| Trustee | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Motion for Relief from Stay of PNC MORTGAGE, A DIVISION OF PNC BANK, NATIONAL ASSOCIATION, which was filed with the Court on or about March 13, 2020 (Document No. 11).

Respectfully submitted,

**/s/ Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322

May 4, 2020