Certificate Number: 17572-PAE-DE-034611587

Bankruptcy Case Number: 20-11373



17572-PAE-DE-034611587

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 29, 2020, at 11:40 o'clock AM PDT, Tammy L Heckman completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  June 29, 2020            By:    /s/Benjamin E Wunsch

Name:  Benjamin E Wunsch

Title:  Counselor