United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                        Case No. 20-11373-pmm
Tammy Lyn Heckman                                             Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: PaulP           Page 1 of 1              Date Rcvd: Jun 29, 2020
                              Form ID: 211          Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 01, 2020.
db              #+Tammy Lyn Heckman,   8 Kessler Street,   Nazareth, PA 18064-1123

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2020                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 29, 2020 at the address(es) listed below:
        LYNN E. FELDMAN    trustee.feldman@rcn.com,   lfeldman@ecf.axosfs.com
        REBECCA ANN SOLARZ    on behalf of Creditor   PNC Mortgage, a Division of PNC Bank, National
         Association bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        ZACHARY  ZAWARSKI   on behalf of Debtor Tammy Lyn Heckman zzawarski@zawarskilaw.com
                                                                        TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re:                                                                 Chapter: 7

    Tammy Lyn Heckman

Debtor(s)                                                              Case No: 20–11373–pmm

_____

### *ORDER*

AND NOW, 6/29/20 , the debtor having failed to file either a statement regarding completion

of a course in personal financial management, see 11 U.S.C. § 727(a)(11); see also Bankruptcy

Rule 4004, or a request for a waiver from this requirement. 11 U.S.C. § 109(h)(4),


And the statement regarding personal financial management was due, *see* Bankruptcy Rule 1007(c),


Accordingly, it is hereby ORDERED that the debtor shall have until 7/13/20 to file a statement

regarding completion of an instructional course concerning personal financial management or a request for a
waiver

from such requirement. If the debtor fails to do so, then this case may be closed, without further notice or hearing,

and without the debtor receiving his/her chapter 7 discharge. See Advisory Committee Note to Fed. R. Bankr. P.

4004.


                         For The Court

                         Patricia M. Mayer

                         Judge ,United States Bankruptcy
                         Court